IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ASHLEY E. BRISCOE,**         10-CV-119-PK

    **Plaintiff,**         JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

    Based on the Court's Opinion and Order issued May 4, 2011,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 4th day of May, 2011.

    /s/ Anna J. Brown

    ANNA J. BROWN
    United States District Judge

1 - JUDGMENT OF REMAND